

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-19-00537-CR

Donald Martin **MOORE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR5878
Honorable Mark Luitjen, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED September 25, 2019.

_____
Patricia O. Alvarez, Justice